EKATERINA SCHOENEFELD, Respondent, v STATE OF NEW YORK et al., Defendants, and ERIC T. SCHNEIDERMAN, in His Official Capacity as Attorney General for the State of New York, et al., Appellants.

Submitted January 12, 2015; decided January 15, 2015

*See* 748 F3d 464.

Submitted January 12, 2015; decided January 15, 2015

*See* 748 F3d 464.

Motion by Ronald B. McGuire for leave to appear amicus curiae on consideration of the certified question herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.